**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00178-CV**

_____

**B & E RESOURCES, LTD., CO., Appellant**

**V.**

**AMERICAN PIPELINE CONSTRUCTION, LLC AND TREND GATHERING & TREATING, L.P., Appellees**

On Appeal from the 1A District Court
Jasper County, Texas
Trial Cause No. 29557

**MEMORANDUM OPINION**

After filing notices of appeal, B & E Resources, Ltd., Co., and American Pipeline Construction, LLC, filed motions to dismiss the appeal. The motions are voluntarily made prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motions and dismiss the appeal.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

1

Opinion Delivered November 27, 2013

Before McKeithen, C.J., Kreger and Horton, JJ.